FILED
RICHARD W. NAGEL
CLERK OF COURT

2022 JAN 12  AM 10:42

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. CINCINNATI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT DEBAUN,<br><br>Defendant. | CASE NO. 1:22-cr-00004<br><br>JUDGE MCFARLAND<br><br>INFORMATION<br><br>18 U. S. C. § 2<br>18 U. S. C. § 1014 |

**THE UNITED STATES ATTORNEY CHARGES:**

<u>COUNT 1</u>
**(False Statement on a Loan and Credit Application)**

On or about July 27, 2020, in the Southern District of Ohio and elsewhere, the defendant, **ROBERT DEBAUN**, knowingly made, and caused to be made, a false statement or report to the Small Business Administration, for the purpose of influencing the action of the Small Business Administration in connection with a loan program administered pursuant to a provision of the Small Business Act, that is, the defendant submitted an application for a loan under the Payment Protection Program that contained false information, in that the defendant claimed a monthly payroll of $40,465, when in truth and in fact, as the defendant well knew, his business did not generate the monthly payroll amount claimed.

**In violation of 18 U.S.C. §§ 1014, 2.**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

*E Taiwo* (signature)

**EBUNOLUWA A. TAIWO**
**Assistant United States Attorney**

TSM